UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 96-114 (CPO) |
| v. | : | |
| FRANKIE GONZALEZ, et al. | : | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Daniel A. Friedman, Assistant United States Attorney, is appearing for the United States in the above-captioned matter.

<u>*s/ Daniel A. Friedman*</u>
By: DANIEL A. FRIEDMAN
Assistant U.S. Attorney

Dated: September 18, 2025